RECEIVED

JUL 1 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CARLTON TAYLOR, JR. | CIVIL ACTION NO. 13-cv-0545 |
| VERSUS | JUDGE TOM STAGG |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's motion for relief from judgment under Rule 60(b), filed as a new petition in this civil action, is **denied**, and the Clerk of Court is directed to close this civil case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 15th day of July, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE